OSCN Found Document:AMENDMENT OF RULES 1.260 AND 1.261 OKLAHOMA SUPREME COURT RULES

Previous Case

Top Of Index

This Point in Index

Citationize

Next Case

Print Only

AMENDMENT OF RULES 1.260 AND 1.261 OKLAHOMA SUPREME COURT RULES2024 OK 27Decided: 04/22/2024THE SUPREME COURT OF THE STATE OF OKLAHOMA

Cite as: 2024 OK 27, __ P.3d __

Amendment of Rules 1.260 and 1.261 Oklahoma Supreme Court Rules
ORDER
¶1 Rules 1.260 and 1.261 of the Oklahoma Supreme Court Rules, Okla. Stat. tit. 12, ch. 15, app. 1, are hereby amended as shown on the attached Exhibit "A." The remainder of Rule 1.260 and Rule 1.261 is unaffected by the amendment. The amended Rules will be effective June 1, 2024.
¶2 DONE BY ORDER OF THE SUPREME COURT IN CONFERENCE this 22nd day of April 2024.
 
/S/CHIEF JUSTICE
 
ALL JUSTICES CONCUR

Oklahoma Supreme Court Rules
Proposed Amendments

RULE 1.260 - EXPUNGEMENT OF RECORDS
Persons who have obtained an order of expungement from a district court, pursuant to Title 22, Sections 18, and 19, and Section 60.18 may seek expungement of related civil appellate records in this Court for retained cases as well as those that stand or stood assigned to the Oklahoma Court of Civil Appeals. Those persons who seek a district court's expungement by appeal or writ may seek this court's order directing the clerk to keep certain materials sealed pending the outcome of the case.
RULE 1.261 - APPLICATION FOR EXPUNGEMENT
A party desiring expungement of appellate records must file an Application for Expungement with the Clerk of this Court. The Application shall state (1) the category under which the person was qualified to seek expungement in the district court, as set forth in Title 22, Section 18;, or Section 60.18 ; and (2) the date the district court entered the order of expungement and the scope of that order. A certified copy of the party's motion for expungement and of the district court's order granting the motion shall be filed with the Application for Expungement.

Oklahoma Supreme Court Rules
RULE 1.260 - EXPUNGEMENT OF RECORDS
Persons who have obtained an order of expungement from a district court, pursuant to Title 22, Sections 18, 19, and 60.18 may seek expungement of related civil appellate records in this Court for retained cases as well as those that stand or stood assigned to the Oklahoma Court of Civil Appeals. Those persons who seek a district court's expungement by appeal or writ may seek this court's order directing the clerk to keep certain materials sealed pending the outcome of the case.
RULE 1.261 - APPLICATION FOR EXPUNGEMENT
A party desiring expungement of appellate records must file an Application for Expungement with the Clerk of this Court. The Application shall state (1) the category under which the person was qualified to seek expungement in the district court, as set forth in Title 22, Section 18, or Section 60.18; and (2) the date the district court entered the order of expungement and the scope of that order. A certified copy of the party's motion for expungement and of the district court's order granting the motion shall be filed with the Application for Expungement.
 
 

Citationizer© Summary of Documents Citing This Document

Cite
Name
Level

None Found.

Citationizer: Table of Authority

Cite
Name
Level

None Found.

oscn

EMAIL: webmaster@oscn.net
Oklahoma Judicial Center
2100 N Lincoln Blvd.
Oklahoma City, OK 73105

courts

Supreme Court of Oklahoma
Court of Criminal Appeals
Court of Civil Appeals
District Courts

decisions

New Decisions
Supreme Court of Oklahoma
Court of Criminal Appeals
Court of Civil Appeals

programs

The Sovereignty Symposium

Alternative Dispute Resolution
Early Settlement Mediation
Children's Court Improvement Program (CIP)
Judicial Nominating Commission
Certified Courtroom Interpreters
Certified Shorthand Reporters
Accessibility ADA

Contact Us
Careers
Accessibility ADA